**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **PETER MOSETI** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:25-CV-01313-K-BW** |
| | § | |
| **MARY KAY** | § | |
| | § | |
| **Defendant.** | § | |

---

**APPENDIX OF EXHIBITS TO BRIEF IN SUPPORT OF**
**DEFENDANT'S MOTION FOR AWARD OF REASONABLE FEES AND COSTS**

---

Defendant Mary Kay ("Mary Kay") files its Appendix of Exhibits to its Brief in Support of Defendant's Motion for Award of Reasonable Fees and Costs as follows:

| Description | Appx. Pages |
|---|---|
| Declaration of Jennifer Smiley | 01-02 |
| October 2025 and November 2025 invoices to Mary Kay | 03-10 |

Respectfully submitted,

*/s/ Jennifer Smiley*

John B. Brown
Texas State Bar No. 00793412
john.brown@ogletreedeakins.com
Jennifer Smiley
Texas Bar No. 24082004
jennifer.smiley@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: (214) 987-3800
Fax: (214) 987-3927

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of December 2025, I electronically filed the foregoing document using the Court's ECF system of filing, which will transmit a Notice of Electronic Filing to all parties of record.

*/s/ Jennifer Smiley*

Jennifer Smiley

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PETER MOSETI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-01313-K-BW |
| | § | |
| MARY KAY | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF JENNIFER SMILEY

1.    "My name is Jennifer Lynn Smiley. I am over the age of 21 years and am fully competent to make this declaration. My office address is 8117 Preston Road, Ste. 500, Dallas, Texas 75225. All of the facts stated herein are true and correct and are based upon my personal knowledge.

2.    I am an attorney licensed to practice law by the State of Texas since 2015 and in good standing. I am an associate in the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. in Dallas, Texas. I am admitted to practice in the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas and the United States Court of Appeals for the Fifth Circuit. I am an attorney of record for Defendant Mary Kay, Inc. ("Mary Kay") in the above-captioned matter (the "Lawsuit"). My hourly rate in this matter is $535. To date, my law firm has spent over 100 hours defending this Lawsuit, before the parties have even proceeded to depositions and dispositive motion practice.

4.    My rate is reasonable for the rates of attorneys in the area of law and for the type of work involved in this case. My rate is reasonable given my level of experience, expertise, education, and training. Attorneys in the community with similar experience in similar cases have similar rates. *See White Cap LP v. McSpadden*, No. 3:23-CV-2001-N, 2024 WL 5440869, at *2 (N.D. Tex. Sept. 16, 2024) (finding that rates for attorneys between $280-$705/hour for restrictive covenant litigation is reasonable).

5.    I spent 7.7 hours on necessary written and oral conference communications, legal research, legal analysis, including assessing appropriate litigation strategy based on the facts and circumstances of this matter, and drafting and preparation directly related to the Response to the

Motion to Compel (Doc. 70) filed in the Lawsuit. The communications mentioned herein were with Mary Kay regarding approving the draft response to Plaintiff's Motion to Compel. The Response is nine pages long and includes argument regarding Plaintiff's Request for Admission No. 1, 2, 4, 5, 6, 8, 9 and 10; Interrogatory Nos. 2, 3, 5, 6, 8, 9, and 10; and Requests for Production No. 5, 6, 7, 8, 9, 10, which totals response arguments to 21 separate discovery requests. The 7.7 hours expended to draft the Response were reasonable because of the length and detail required to respond completely to each issue, such as argument regarding frivolous objections, that the request did not request the information at issue, or that production was made in response to the request.

6.      The expenses incurred in connection with the Response to Plaintiff's Motion to Compel and billed to date are identified in the redacted invoices attached hereto as <u>Exhibit 1</u>, which reflects the actual expenses incurred by Mary Kay in responding to the Motion to Compel in the Lawsuit. The expenses itemized in Exhibit 1 are allowed by law and industry standards, are correctly stated, and were necessarily incurred in the defense of my client, and the services for which fees were charged were actually and necessarily performed. Further, the activity descriptions for each fee charge are true and accurate and are exact duplicates of the fee entries billed to Mary Kay in all aspects including substance, time spent, and fee amount. These expenses as billed total $4,119.50 to respond to Plaintiff's Motion to Compel. This amount does not include work performed by John B. Brown, the lead attorney of record for this matter.

7.      As permitted by the Court's November 12, 2025 Order, Mary Kay respectfully requests an award of the full amount of expenses incurred by it in connection with responding to the Motion to Compel ($4,119.50).

I declare under penalty of perjury that the foregoing is true and correct."
Executed on December 1, 2025.

JENNIFER SMILEY

# Ogletree Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 300
Greenville, SC  29615
Telephone:  (864) 241-1801

October 14, 2025



Mary Kay Inc.

PERSONAL AND CONFIDENTIAL

Bill No.  91747093
Client.Matter #  ███████

**Re:   Peter Moseti v. Mary Kay**

For professional services rendered through September 30, 2025, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ............................................................................................................................████
Expenses.....................................................................................................................██

**Total Due This Bill..................................................................................................**████

cc:   ████████          ████████



| Wire Payments | ACH Payments | Check Payments |
|---|---|---|

**Payable upon 30 days.**  Direct inquiries to the billing attorney or the Account Services Department ████████

Atlanta • Austin • Baltimore • Berlin (Germany) • Birmingham • Boston • Buffalo • Calgary (Canada) • Charleston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Detroit Metro
Fresno • Greenville • Houston • Indianapolis • Kansas City • Las Vegas • Lexington • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis
Montréal (Canada) • Morristown • Munich (Germany) • Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME
Portland, OR • Raleigh • Richmond • Sacramento • Salt Lake City • San Antonio • San Diego • San Francisco • Seattle • St Louis • St. Thomas • Stamford • Tampa • Toronto (Canada) • Torrance
Washington



Page 2
10/14/25
Bill No. 91747093



Mary Kay Inc.

**Re: Peter Moseti v. Mary Kay**

---

For professional services rendered through September 30, 2025



| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|



Page 3
10/14/25
Bill No. 91747093

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| ███ | █ | ███ | ███ | ███ |
| 09/18/25 | JS | Briefly read new motion to compel regarding same discovery requests to Mary Kay. | 0.20 | 107.00 |
| ███ | █ | ███ | ███ | ███ |
| 09/22/25 | JS | Review and analyze Plaintiff's notice of AI usage in his motions. | 0.10 | 53.50 |
| ███ | █ | ███ | ███ | ███ |
| 09/22/25 | JS | Prepare response to Plaintiff's latest motion to compel (5 pages). | 2.10 | 1,123.50 |
| 09/22/25 | JS | Review and analyze court's order regarding motion to compel filed and notice of generative AI to Plaintiff. | 0.20 | 107.00 |
| ███ | █ | ███ | ███ | ███ |
| ███ | █ | ███ | ███ | ███ |
| ███ | █ | ███ | ███ | ███ |
| ███ | █ | ███ | ███ | ███ |
| 09/30/25 | JS | Continue preparing response to Plaintiff's most recent motion to compel including addressing alleged deficiencies with 7 Interrogatories and 6 Requests for Production (7 pages). | 1.30 | 695.50 |
| ███ | █ | ███ | ███ | ███ |

Total Services: ███ ███

## Timekeeper Summary

| Timekeeper | Initials | Title | Rate | Hours | Amount |
|------------|----------|-------|------|-------|--------|
| John B. Brown | JBB | Shareholder | ███ | ███ | ███ |
| Jennifer L. Smiley | JS | Associate | 535.00 | 13.60 | ███ |



Page 4
10/14/25
Bill No. 91747093

**Expenses**

| Description | | | Amount |
|---|---|---|---|
| Express Delivery/Postage | ███ | ████ | ██ |
| Total Expenses | | | ██ |



TOTAL FEES
TOTAL EXPENSES
TOTAL THIS BILL

**Ogletree Deakins**

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 300
Greenville, SC  29615
Telephone:  (864) 241-1801

November 13, 2025



Mary Kay Inc.

PERSONAL AND CONFIDENTIAL

Bill No.  91784390
Client.Matter #

**Re:   Peter Moseti v. Mary Kay**

For professional services rendered through October 31, 2025, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ....................................................................................................................................
Expenses.............................................................................................................................

**Total Due This Bill................................................................................................................**

cc:



| | Wire Payments | | | ACH Payments | | Check Payments |
|---|---|---|---|---|---|---|

**Payable upon 30 days.**  Direct inquiries to the billing attorney or the Account Services Department

Atlanta • Austin • Baltimore • Berlin (Germany) • Birmingham • Boston • Buffalo • Calgary (Canada) • Charleston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Detroit Metro Fresno • Greenville • Houston • Indianapolis • Kansas City • Las Vegas • Lexington • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis Montréal (Canada) • Morristown • Munich (Germany) • Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME Portland, OR • Raleigh • Richmond • Sacramento • Salt Lake City • San Antonio • San Diego • San Francisco • Seattle • St Louis • St. Thomas • Stamford • Tampa • Toronto (Canada) • Torrance Washington



Page 2
11/13/25
Bill No. 91784390



Mary Kay Inc.

**Re:  Peter Moseti v. Mary Kay**

For professional services rendered through October 31, 2025

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/01/25 | JS | Continue preparing response to Motion to Compel (10 pages). | 2.80 | 1,498.00 |





Page 3
11/13/25
Bill No. 91784390

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
|  |  |  |  |  |
| 10/07/25 | JS | Continue preparing argument section of response to motion to compel. | 0.60 | 321.00 |
|  |  |  |  |  |
| 10/09/25 | JS | Emails with client ███████ for any comments on draft response to latest motion to compel. | 0.20 | 107.00 |
| 10/09/25 | JS | Finalize response to motion to compel and exhibits. | 0.20 | 107.00 |





**Ogletree**
**Deakins**

Page 4
11/13/25
Bill No. 91784390

## Timekeeper Summary

| Timekeeper | Initials | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jennifer L. Smiley | JS | Associate | 535.00 | 12.50 | ███ |

## Expenses

| Description | | Amount |
|---|---|---|
| Computer Research-Westlaw | ███████ | ██ |
| Total Expenses | | ██ |



TOTAL FEES ████
TOTAL THIS BILL $████